In re:

Chapter _____

Case No. 18-12616

Debtor(s).

## DECLARATION UNDER PENALTY OF
## PERJURY FOR DEBTOR(S) WITHOUT AN ATTORNEY

The debtor(s) shall answer the following questions:

1. Did you pay or promise to pay someone to help in preparing the documents for your bankruptcy filing:
   [X] Yes   [ ] No

2. If yes, please give the following information about that person(s):

   Name: _MORGAN CROWELL_
   Address: _____
   City/State/Zip: _____
   Telephone No: _____

3. What amount did you pay or promise to pay for this help? (Fill in the blanks)

   Money:  Paid: $ _150_   Will Pay: $ _150_

   Personal Property given to or Services provided to preparer (instead of, or in addition to, monetary payment above) (please explain): _____
   _____

4. Did you make any payments to the preparer for Court costs in connection with the filing of the bankruptcy (such as filing fees)?
   [ ] Yes   [X] No. If yes, how much $ _____

I declare under penalty of perjury that the above statements are true.

_____
Debtor's Signature

_GEOFREY VILLARUZ_
Print Name

_2135 W 8TH AVE  MESA, AZ 85202_
Address

_____
Joint Debtor's Signature

_____
Print Name

_____
Address

**Warning: It is a federal crime to file a document containing false information in a federal court proceeding. Penalty for false declarations: Fine of not more than $250,000 or imprisonment for not more than 5 years or both. 18 U.S.C. § 152 and § 3571.**